**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LUZ MARIA QUIROZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>                    Defendant. | Case No. 2:13-cv-01288-APG-GWF<br><br>**ORDER** |

On September 24, 2013, Defendant U.S. Bank National Association ("U.S. Bank") filed a Motion to Dismiss. [Dkt. #15.] Pursuant to Local Rule 7-2(b) Plaintiff was required to file an opposition within fourteen (14) days thereafter. To date, no opposition has been filed. Pursuant to Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Notwithstanding that rule, the Court has reviewed the merits of the Motion to Dismiss. For the reasons set forth in that Motion, the Motion should be granted on its merits. Accordingly,

**IT IS HEREBY ORDERED** that U.S. Bank's Motion to Dismiss [Dkt. #15] is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice.

Dated: March 20, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE